IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Williams, Karryie

Printed: 10/29/08

Case Number:  05 B 25347
Judge:  Goldgar, A. Benjamin
Filed:  6/27/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed:  October 16, 2008
Confirmed:  August 9, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 7,268.00 |  |
| Secured: |  | 3,452.39 |
| Unsecured: |  | 959.94 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,394.00 |
| Trustee Fee: |  | 393.67 |
| Other Funds: |  | 68.00 |
| Totals: | 7,268.00 | 7,268.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,394.00 | 2,394.00 |
| 2. | Quick Auto Inc | Secured | 3,452.39 | 3,452.39 |
| 3. | Premier Bankcard | Unsecured | 43.46 | 84.06 |
| 4. | Quick Auto Inc | Unsecured | 361.70 | 699.61 |
| 5. | T Mobile USA | Unsecured | 40.17 | 77.71 |
| 6. | Asset Acceptance | Unsecured | 29.09 | 56.26 |
| 7. | Asset Acceptance | Unsecured | 21.87 | 42.30 |
| 8. | Commonwealth Edison | Unsecured | 246.06 | 0.00 |
| 9. | MTI | Unsecured |  | No Claim Filed |
| 10. | Credit Systems Inc | Unsecured |  | No Claim Filed |
| 11. | AT&T Broadband | Unsecured |  | No Claim Filed |
| 12. | Buschbach | Unsecured |  | No Claim Filed |
| 13. | First Consumers National Bank | Unsecured |  | No Claim Filed |
| 14. | Mutual Hospital Services/Alverno | Unsecured |  | No Claim Filed |
| 15. | Nicor Gas | Unsecured |  | No Claim Filed |
| 16. | Village Of Steger | Unsecured |  | No Claim Filed |
| 17. | Sprint | Unsecured |  | No Claim Filed |
| 18. | Z-Tel Communications Inc | Unsecured |  | No Claim Filed |
| 19. | Steger Auto | Unsecured |  | No Claim Filed |
| 20. | Village of Lansing | Unsecured |  | No Claim Filed |
|  |  |  | $ 6,588.74 | $ 6,806.33 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Williams, Karryie

Printed: 10/29/08

Case Number:  05 B 25347
Judge:  Goldgar, A. Benjamin
Filed:  6/27/05

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 101.20 |
| 5% | 27.60 |
| 4.8% | 57.39 |
| 5.4% | 134.16 |
| 6.5% | 73.32 |
|  | $ 393.67 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

